In the Matter of the Probate of the Will of CHRISTIAN CARSTENS, Deceased.

HARRIET MCDERMOTT et al., Appellants; MARTHA BRAUNER, Respondent.

(Submitted September 28, 1936; decided September 30, 1936.)

*Harry Lesser* for motion.

*David M. Neuberger* opposed.

Motion denied, with ten dollars costs.